**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph Allen SMITH, Defendant–Appellant.**

**No. 13–6766.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 18, 2013.

Decided: Sept. 26, 2013.

Joseph Allen Smith, Appellant Pro Se. Uzo Asonye, James Patrick McDonald, Eugene Joseph Rossi, Patrick John Shearns, Office of the United States Attorney, Karen Ledbetter Taylor, Assistant United States Attorney, Alexandria, Virginia; Andrew John Ewalt, United States Department of Justice, Washington, D.C., for Appellee.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Allen Smith appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith*, No. 1:10–cr–00438–LMB–1 (E.D.Va. May 2,

2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*